## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

KAGAN, JUGAN, & ASSOCIATES, P.A., as
assignee, individually, and on behalf of all those
similarly situated,

-vs-                                                                                  Case No.  2:11-cv-83-FtM-29SPC

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                Defendant.
_____

## **ORDER**

      This matter comes before the Court on the Plaintiff's Uncontested Motion for Extension of time to Serve Disclosures Under Fed. R. Civ. P. 26(a)(1) (Doc. #30) filed on June 1, 2011.  The Plaintiff moves the Court for an extension of time to file their initial disclosures.  Under the Case Management and Scheduling Order the Plaintiffs' initial disclosures were due on June 1, 2011. The Motion is unopposed by the Defendant State Farm.

      As grounds, the Plaintiffs state that the Defendant filed a Motion to Stay the Case (Doc. # 30) pending the Eleventh Circuits ruling on an appeal in a case from the United States District Court for the Southern District of Florida that has potential implications for this case.  The Plaintiffs request that the date to file their initial disclosures be enlarged up to fourteen (14) days after the District Court rules on the Defendant's Motion to Stay.  Should a stay be entered then the Plaintiff suggests that the initial disclosures should be filed fourteen (14) days after the stay is lifted.  Should

the stay be denied the Plaintiff's suggest that the deadline for initial disclosures should be enlarged up to fourteen (14) days after the stay is denied.

The Plaintiff's Motion lacks good cause. The Court cannot delay the case because of a potential ruling that may or may not affect this case. Thus, the Motion is due to be denied.

Accordingly, it is now

**ORDERED:**

The Plaintiff's Uncontested Motion for Extension of time to Serve Disclosures Under Fed. R. Civ. P. 26(a)(1) (Doc. #30) is **DENIED**. The Plaintiffs' initial disclosures are due on or before **Thursday, June 9, 2011.**

**DONE AND ORDERED** at Fort Myers, Florida, this 2nd day of June, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record